UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Andre' Paul Douga                                   Civil Action 04-1642

versus                                              Judge Tucker L. Melançon

D & Boat Rentals, Inc., et al.                      Magistrate Judge Methvin

## ORDER

Before the Court is a Motion for Summary Judgment as to Third Party Complaint filed by third party defendant Stone Energy Corporation (Stone Energy) on February 26, 2007 [Rec. Doc. 125]. Third party plaintiff Danos & Curole Marine Contractors, LLC (Danos and Curole) has filed a Motion to Strike Stone Energy's Motion for Summary Judgment [Rec. Doc. 128] which Stone Energy opposes [Rec. Doc. 130]. On July 6, 2006 the attorneys for the parties filed a Joint Plan of Work based on the Court's instructions [Rec. Doc. 59] in order that the matter may be tried on May 21, 2007. On July 10, 2006 the Court adopted the Joint Plan of Work [Rec. Doc. 61]. Stone Energy has offered no plausible reason why its motion for summary judgment was filed 98 days after the agreed to deadline. A deal is a deal. It is therefore

**ORDERED** that Danos and Curole's Motion to Strike Stone Energy's Motion for Summary Judgment [Rec. Doc. 128] is **GRANTED.**

Thus done and signed this 8th day of March, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE